IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING OF PRUSSIA DENTAL ASSOCIATES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> KING OF PRUSSIA DENTAL CARE, LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 19-1688 |

### ORDER

**AND NOW**, this 23rd day of May 2019, upon consideration of Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction (Doc. No. 12), Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction (Doc. No. 13), the evidence presented at the hearing held on May 3, 2019, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for a Preliminary Injunction is **DENIED**.

2. Defendant shall file an Answer to the Complaint by **May 30, 2019**.

                                               BY THE COURT:

                                               /s/ Joel H. Slomsky
                                               JOEL H. SLOMSKY, J.